**FILED**
CLERK, U.S. DISTRICT COURT

5/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CALVIN SIMS and<br>JAYLA JACKSON,<br><br>　　　　Defendants. | CR  2:22-cr-00232-MWF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Possession with<br>Intent to Distribute<br>Methamphetamine] |

　　The Grand Jury charges:

　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

　　On or about April 21, 2021, in Los Angeles County, within the Central District of California, defendants CALVIN SIMS and JAYLA JACKSON, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 50 grams,

//

//

that is, approximately 3,867 grams, of methamphetamine, a Schedule II controlled substance.

                                        A TRUE BILL

                                        _____/S/_____
                                        Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

VARUN BEHL
Assistant United States Attorney
General Crimes Section